679 A.2d 1264

Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Statutory Liquidator of World Life and Health Insurance Company of Pennsylvania, Appellee,

v.

WORLCO CAPITAL GROUP, LTD., Appellant.

Supreme Court of Pennsylvania.

July 26, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 26th day of July, 1996, the Order of the Commonwealth Court is hereby affirmed.